UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

AMY GABEL,

    Plaintiff,

-vs-                              Case No: 08C0010C

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
JOHN LOESCHER, PAUL OFTEDAHL,
and GARY GUITZKOW,

    Defendants.

### ORDER TO SEAL TRANSCRIPTS

    Based upon the representations of the parties by their counsel, it is hereby ordered that the transcripts of depositions taken in this matter shall be forever sealed. These include the depositions of Amy Gabel, William Black, Faramarz Vakhili, Karen Wallin, Gary Guitzkow, and Paul Oftedahl. No disclosure or re-disclosure of these deposition transcripts may be made by anyone without the written consent of all parties and an Order from this Court.

    So ordered.

    Dated this 26th day of June, 2008.

                                        BY THE COURT:

                                        _____
                                        Magistrate Judge